## United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WS1 | F5453868 | DE LA TORRE E. | 2638 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 03/28/2026 14 0900 | 36 CFR 261.10 (K) |

Place of Offense
PILOT CREEK TRAILHEAD

Offense Description: Factual Basis for Charge
USING NFS LAND WITHOUT SPECIAL USE AUTHORIZATION WHEN REQUIRED

PARKING IN SPECIAL USE PERMIT PARKING AREA

### DEFENDANT INFORMATION

Last Name
MULLEY    AARON    B

Street Address
████████████████████████

| Reg. No. | State | Year | Make/Model | Pass. Color |
|---|---|---|---|---|
| 49-5952F | MT | 27 | LOGAN COACH HORSE/COW | BLACK |

APPEARANCE IS REQUIRED

A ☐ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL

B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 250    Forfeiture Amount
+$30    Processing Fee
$ 280    Total Collateral Due

PAY THIS AMOUNT AT →

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
|  | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original—CVB Copy

*F5453868*    FB 5800-4 (12/20)

CVB-SCAN 03/30/2026 14:14

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on MARCH 14, 2026 while exercising my duties as a law enforcement officer in the _____ District of WYOMING

SEE ATTACHED

The foregoing statement is based upon:

☐ my personal observation    ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/20/2026
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

CVB SCAN 03/30/2026 14:11